UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM GOMEZ<br><br>*Plaintiff*,<br><br>v.<br><br>ALEX N. ALPESH, INC.; and SOUTHPORT 3706, LLC,<br><br>*Defendants*. | 15-cv-9277 |

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, that pursuant to a Release and Settlement Agreement among the parties, all claims asserted in the above-captioned case may be dismissed with prejudice and on the merits, and that this Court may enter an Order dismissing this action with prejudice and without costs or expenses. Plaintiff's counsel further stipulates that defendants agreed to pay $1,800.00 in attorney's fees and that the $1,800.00 has been received by plaintiff's counsel.

*Jeffrey W. Finke*
Jeffrey W. Finke
55 West Wacker Drive, Suite 1400
Chicago, IL 60601
312-606-3333
jwfinke@mindspring.com

*Attorney for Defendants*

Sept. 19, 2016

ACCESSIBILITY LAW GROUP
John L. Steele
500 Michigan Avenue, Suite 600
Chicago, Illinois 60611
312-396-4154
jsteele@accessibilitylawgroup.com

*Attorney for Plaintiff*

- 1 -